# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOE LEE PATTON**  **PLAINTIFF**
**ADC #090018**

v.                    Case No: 4:25-cv-00115-LPR

**DEXTER PAYNE, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 6) and the Plaintiff's Objections (Doc. 7).[1] After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). Plaintiff's Motion to Appoint Counsel and an Investigator (Doc. 8) is DENIED as moot. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 29th day of August 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court has also reviewed Plaintiff's Motion to Appoint Counsel and an Investigator (Doc. 8). To the extent the arguments in that Motion (and in Doc. 10) can be construed as objections to the RD, the Court has considered them as such. Furthermore, the Court notes that the principal event discussed in the Motion to Appoint Counsel occurred well after the operative complaint was filed in this case, and the allegations are not part of the operative complaint. Dismissal of the instant case does not prevent Mr. Patton from filing a separate case concerning the event discussed in the Motion.